```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11  DONALD WELCH, et al.,
12            Plaintiffs,              CIV. NO. 2:12-2484 WBS KJN
13       v.
14  EDMUND G. BROWN, JR., Governor     NON-RELATED CASE ORDER
    of the State of California,
15  In His Official Capacity, et al.
16            Defendants.
                                   /
17  _____
18  DAVID PICKUP, et al.,
19            Plaintiffs,              CIV. NO. 2:12-2497 KJM EFB
20       v.
21  EDMUND G. BROWN, Jr., Governor
    of the State of California, in
22  his official capacity, et al.,
23            Defendants.
                                   /
24  _____
25                              ----oo0oo----
26            Although the above-entitled actions challenge the
27  constitutionality of the same statutes and involve common
28  defendants, the undersigned has determined that relating the
```

1 | cases under Local Rule 123 will not "effect a savings of
2 | judicial effort or other economies."  Accordingly, the above-
3 | entitled actions should not be related.
4 |     IT IS SO ORDERED.
5 | DATED:  October 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE