Kevin T. Snider, State Bar No. 170988
Michael J. Peffer, State Bar. No. 192265
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: ksnider@pji.org
       mpeffer@pji.org
       mmcreynolds@pji.org

*Attorneys for All Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA | Case No.: 2:12-02484 <br><br> **NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PRELIMINARY INJUNCTION** <br><br> **Date:** December 3, 2012 <br> **Time:** 2:00 p.m. <br> **Judge:** Hon. William B. Shubb <br> **Ctrm:** 5 <br><br> Filed concurrently herewith: <br> (1) Memorandum of Points and Authorities <br> (2) Request for Judicial Notice; <br> (3) Declaration Of Donald Welch; <br> (4) Declaration Of Anthony Duk; |

---
NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PRELIMINARY INJUNCTION

1

| | |
|---|---|
| JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, CHRISTINA WONG, In Their Official Capacities as Members of the California Board of Behavioral Sciences, SHARON LEVINE, MICHAEL BISHOP, SILVIA DIEGO, DEV GNANADEV, REGINALD LOW, DENISE PINES, JANET SALOMONSON, GERRIE SCHIPSKE, DAVID SERRANO SEWELL, BARBARA YAROSLAYSKY, In Their Official Capacities as Members of the Medical Board of California, <br><br>           Defendants. | (5) Declaration Of Aaron Bitzer;<br>(6) Request for Waiver of Bond<br>(7) [Proposed] Order |

TO DEFENDANTS EDMUND G. BROWN, JR., ANNA M. CABALLERO, DENISE BROWN, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, CHRISTINA WONG, SHARON LEVINE, MICHAEL BISHOP, SILVIA DIEGO, DEV GNANADEV, REGINALD LOW, DENISE PINES, JANET SALOMONSON, GERRIE SCHIPSKE, DAVID SERRANO SEWELL, BARBARA YAROSLAYSKY, IN THEIR OFFICIAL CAPACITIES ("DEFENDANTS"), AND THEIR ATTORNEY(S) OF RECORD:

---

NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT on December 3, 2012, at 2:00 p.m., in Courtroom 5 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, Plaintiffs DONALD WELCH, ANTHONY DUK, and AARON BITZER, will and hereby does move for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil Local Rules 65-2.

This Motion asks the Court to restrain and preliminarily enjoin Defendants, and each of them, from implementing sweeping new restrictions on communication between mental health professionals and their patients pursuant to Cal. Bus. & Prof. Code Sections 865, 865.1 and 865.2, known in the legislative process as Senate Bill (SB) 1172.

Furthermore, this Motion is made on the grounds that Plaintiffs are likely to succeed on the merits and irreparable injury will result to the Plaintiffs, and the patients they serve, if the restrictions to their speech and the practice of their religion are allowed to take effect. In addition, the balance of hardships weighs sharply in the Plaintiffs' favor, and it is in the public interest that preliminary injunction be issued.

_____
NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PRELIMINARY INJUNCTION

3

This Application is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Declarations of DONALD WELCH, ANTHONY DUK, and AARON BITZER; Request for Judicial Notice; the Complaint filed in this matter; and on such further evidence and argument as may be presented at the hearing. Attorneys for Plaintiffs do not request testimony.

Dated: October 25, 2012          PACIFIC JUSTICE INSTITUTE

                                            /s/ Michael J. Peffer_____
                                          Kevin T. Snider
                                          Michael J. Peffer
                                            Matthew B. McReynolds
                                            Attorneys for Plaintiffs