Kevin T. Snider, State Bar No. 170988
Michael J. Peffer, State Bar. No. 192265
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
Email: ksnider@pji.org
       mpeffer@pji.org
       mmcreynolds@pji.org

*Attorneys for All Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA | Case No.: 2:12-02484<br><br>**DECLARATION OF AARON BITZER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

---

DECLARATION OF AARON BITZER

1

```
JOHNSON, SARITA KOHLI, RENEE    )
LONNER, KAREN PINES,            )
CHRISTINA WONG, In Their Official )
Capacities as Members of the California )
Board of Behavioral Sciences,   )
SHARON LEVINE, MICHAEL          )
BISHOP, SILVIA DIEGO, DEV       )
GNANADEV, REGINALD LOW,         )
DENISE PINES, JANET             )
SALOMONSON, GERRIE SCHIPSKE, )
DAVID SERRANO SEWELL,           )
BARBARA  YAROSLAYSKY,           )
In Their Official Capacities as Members )
of the Medical Board of California, )
                                )
        Defendants.             )
```

I, Aaron B. Bitzer, hereby declare, that I am a named plaintiff in the above-encaptioned action, that I am over the age of eighteen, and that if called upon, I could, and would, truthfully testify of my own personal knowledge as follows:

1. I have personally been involved in sexual orientation change efforts commonly called "SOCE." This declaration is given to describe my personal journey regarding SOCE. SB 1172 takes away needed information from minors. The earlier version of the bill would have put even further restrictions on mental health professionals working with adults. (I am familiar with these versions of the bill because I tracked them and sent letters in opposition to state legislators.) There is much misinformation

---

DECLARATION OF AARON BITZER

2

about SOCE and even an attempt by some to assert that people like me do not exist or our experience is somehow not valid.  In truth, SB 1172 will cause great harm to young people facing issues regarding their sexual orientation.  They will not be able to seek professional counsel which provides a worldview which is different than the government's position.  This would be a great tragedy.   Because of this I am providing this declaration in support of the motion for a preliminary injunction.

2. When I was in junior high school I began to experience romantic and sexual attractions like most young people of that age.  However, the attractions that I had were for people of the same sex.

3. In my high school years, though I mentally planned to eventually pursue a relationship with a woman, I found myself unable to move forward in doing so.  The natural drift of my fantasies and sexual reactions to the content of such were all centered on men, however, admitting that to myself at that point was not an option.  There was no safe place to talk about it.

4. From my freshman year of college until the age of 25 I found that I was able to keep it secretly under control.  At 25 I first sought help

from church counseling and I was able to maintain a significant amount of control over acting out and even over some of the attractions themselves.

5. It was not until I was in my mid-twenties when I learned about reparative therapy and started reading up on it that I really began to understand and put labels to my deeper feelings and experiences related to the same-sex attractions (herein sometimes referred to as "SSA") I had. I did not pursue therapy at that time because I thought it was something I could work through on my own or with my church.

6. I have experienced SSA throughout my entire adult life and can see signs and roots of it going back as far as I can remember into childhood (which from a psychological standpoint is typically around age three or four for males). My understanding and approach to it has changed over the years. I never believed that the details within the message of the Gay Community, which states that we are born this way and should just live accordingly, really accurately described all of the dynamics I was aware of in my own experience.

7. Working through the underlying dynamics of my attractions, I experienced varying degrees of success moving away from same sex attractions towards opposite-sex attractions. However after becoming

---
DECLARATION OF AARON BITZER

4

frustrated with the lack of understanding within the church I went to, I began a much broader search.

8. After exploring the possibility of a gay identity, I found some support resources for unwanted same sex attractions.

9. From January through May of 2011 I attended a five-month program called Living Waters which helped reground me back in my faith, but in a more real way than did my former church. The program helped me to reach a point where I could really begin to deal with the roots of same sex attraction in community, rather than inside my own head.

10. In June of 2011, I was connected with a monthly same sex attraction support group in Los Angeles. The men and resources connected with this group significantly turned my life around.

11. In November of 2011, I attended a men's weekend called Living From The Heart, which is not focused on sexual orientation change unless a man attending desires such. I was the only SSA man attending the weekend. The emotional work done there mirrors the work done in SOCE therapies. The results were astounding to me because I left feeling that some wounded parts of my being had been mended and they have remained so ever since.

12. In January of 2012, I audited an online training course in Reparative Therapy taught by David Pickup, LMFT. I wanted to explore the possibility of becoming a therapist in order to help other men like me and especially help younger men avoid the lonely years of confusion, trial and error that I had experienced.  As I listened in on the training course, I was overwhelmed by the volumes of emotions that came up for me as we talked through the then familiar-to-me roots and causes of same-sex attractions in early life.

13. The weekend after the first class, I attended a second Living From The Heart Weekend and worked through those deep emotions with support of other men on the weekend. My SSA was gone completely for over a month, and again, that was not the purpose of the weekend, but I choose to work through issues that I know underlie SSA and I found that the leader of Living From The Heart was very experienced and skilled in helping men with unwanted same-sex attractions.

14. I have attended four other weekends, two of which are SSA focused and two of which were not, but allowed me a chance to work through the emotions involved. Each weekend has brought different pieces of change into my life.  The Adventure In Manhood weekend helped me to

---

DECLARATION OF AARON BITZER

6

realize more fully my heterosexual potential and to more definitively move away from any kind of a gay identity, which is more a social and political form of labeling than it is an in depth, science-based model of categorization.

15. The Journey Into Manhood weekend, which I attended in July of 2012, deepened my understanding of SSA and male identity. After the emotional work I did that weekend, I found myself being attracted to women in ways that even surprised me. In fact, a dating relationship with a girl, which, despite my best efforts, had not been possible for me a year ago because of my issues, is now a reality.

16. My studies of reparative therapy have not only helped me personally in dealing with emotions, but have also allowed me to understand the successes and failures in my efforts to move away from SSA prior to any kind of community therapy experiences.

17. I can understand why SOCE can be frustrating for some. Like all therapy, the results differ from person to person, depending on family histories and personal experiences as well as the situations and surroundings an individual chooses to place himself in outside of the therapist's office. The level of personal determination and belief in the possibility of change

---

DECLARATION OF AARON BITZER

7

also play important roles in success, as they do in all therapies and efforts to change significant habits and life patterns.

18. I don't believe that we are born this way. There may be biological aspects involved such as temperament, which I understand is not even fully understood by psychology, but there is, to my knowledge, no evidence of anything more.

19. From my personal experience, and the men I have spoken with, both SSA and gay identified, there is ample reason to believe that significant amounts of influence on orientation come from environment and relationships. Conversations I have had with psychology professors on the subject of attachment theory support the influence of environment.

20. From the perspective of my faith, SSA makes complete and total sense. I believe that the world, and especially the human heart, exists in a broken state which has fallen short of the design and purposes God intended. SSA represents natural needs and cravings which have been turned in a different direction because of environments which did not fully meet those needs or situations in which parts of them were shut down internally as a form of protection.

21. I believe that God Himself can help fill those unmet needs with His own love and that there is power to change that can be found in His word and in His communities, though at this time His communities still have a great deal to learn about how to effectively facilitate this. It has been primarily through the help of mental health professionals and men with an understanding of the psychological dynamics involved that I have experienced change.

22. I also very strongly believe that because SSA is not a choice, nor is it a mental illness, men and women who experience it should not be stigmatized or discriminated against because of it. I also believe very strongly that because of the difficulty involved realizing one's heterosexual potential and moving away from SSA, a person should not be forced or pressured to do so.

23. The prohibition on SOCE for minors will create unnecessary limits for youth who desire to look more thoughtfully and critically into their SSA and whose beliefs would not be congruent with an active gay identity.

24. Men like me who wish to become therapists and work in counseling others in our churches would be forced to promote factually unsound ideas, such as the notion that we are simply "born this way" and

there is no possibility of change. We would be limited in talking about our own experiences to youth and unable to inform them about existing resources. We would be kept from helping them to explore their authentic emotional needs and guiding them to resources that would meet those needs in healthy, non-sexual ways. We would be limited to funneling them into an identity and community which, to a larger degree than the general population, engages in risky and addictive behaviors involving sex and substance abuse and which also experiences higher levels of depression and similar mood disorders as noted by Dr. Alan Downes in his book The Velvet Rage.  If SB1172 becomes law in January, we would be forced to tell youth that all of this is the result of minority stress, which translates to "It's all society's fault and you're fine the way you are" and does not allow for an honest look at the deeper issues that need to be resolved.

25.   SB 1172 would put limits on the mental and emotional health of any minor who experiences same-sex attraction because the government would be dictating their identity and the ways in which they are allowed to consider their own emotional and physiological needs, as well as dictating the path of their pursuit of happiness and religious freedom.  As a person who personally experienced same-sex attractions as a teenager, I believe that

such state mandated orthodoxy on what young people must believe, and what mental health professionals can tell them, would be detrimental to the emotional and spiritual well-being of this population.

26. I had been planning on becoming a therapist specifically to work in this particular area and help men like me. Because of SB1172, I have had to reorder all of my career plans and am trying to pursue a doctorate so as to also contribute research to this field and prevent further ignorant, presumptuous, and unscientific legislation in the future. Pursuing a doctorate and a career in research means a much more significant investment of time and money and other serious limitations on my lifestyle, such as relocating to another city or state where such research is feasible. SB 1172 has monumental negative impact on my life and career path and does so without valid grounds of specific evidence or studies and by warping the scientific conclusions of the 2009 APA Task Force Report on Therapeutic Responses to Sexual Orientation.

27. I am currently working with the staff of my church to form support groups for men in our congregation dealing with same sex attractions. I am also active in men's groups in Los Angeles like Living From The Heart, where I am moving closer to supporting leadership roles. In

---

DECLARATION OF AARON BITZER

11

addition, I am currently taking psychology classes at the University of California, Los Angeles, extension program, in order to pursue a career as a mental health professional.

I declare, under penalty of perjury under the laws of the State of California and of the United States, that the foregoing is true and correct to the best of my own personal knowledge.  Executed this 19th day of October, 2012, in the City of Culver City, County of Los Angeles, State of California.

/s/ Aaron Bitzer_____
Aaron B. Bitzer, Declarant

DECLARATION OF AARON BITZER

12