KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
PAUL STEIN, State Bar No. 184956
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5740
 Fax: (415) 703-1234
 E-mail: Paul.Stein@doj.ca.gov
*Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD WELCH ET AL.,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR. GOVERNOR OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY, ET AL.,**<br><br>Defendant. | 2:12-cv-02484<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom:  5, 14th Floor<br>Judge:  The Honorable William B. Shubb<br>Trial Date:  None set<br>Action Filed:  Oct. 1, 2012 |

    Plaintiffs Donald Welch, et al. and Defendants Edmund G. Brown, Jr., Governor of the State of California, in his official capacity, et al., hereby stipulate and agree as follows:

    (1)   Plaintiffs filed their complaint in this action on October 1, 2012, and served the summons and complaint on Defendants on October 22, 2012;

    (2)   On October 29, 2012, Plaintiffs filed a motion for a preliminary injunction, and set the hearing on their motion for December 3, 2012;

1

(3) Defendants' deadline to answer or otherwise respond to the complaint in this action is November 12, 2012, and their opposition to Plaintiffs' motion for a preliminary injunction is due November 19, 2012; and

(4) In the interest of conserving party and judicial resources, and in the efficient and orderly administration of this case, Defendants should not be required to answer or otherwise respond to the complaint in this action until after this Court has ruled on Plaintiffs' motion for a preliminary injunction. No other extensions of time have been requested by either Plaintiffs or Defendants in this case.

Now, based on the foregoing, the parties further stipulate and agree that Defendants' deadline to answer or otherwise respond to to the complaint in this action shall be twenty-eight (28) days after this Court issues a decision on Plaintiffs' motion for a preliminary injunction.

| | |
|---|---|
| Dated:  November 2, 2012 | Respectfully submitted,<br><br>KAMALA D. HARRIS<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General<br><br><br>/s/ Paul Stein<br>PAUL STEIN<br>Deputy Attorney General<br>*Attorneys for All Defendants*<br><br>Kevin T. Snider (SBN 170988)<br>Michael J. Peffer (SBN 192265)<br>Matthew B. McReynolds (SBN 234797)<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 276600<br>Sacramento, CA 95827<br>Tel: (916) 857-6900<br>Fax: (916) 857-6902<br>Email: ksnider@pji.org<br><br><br>/s/ Kevin T. Snider<br>*Attorneys for All Plaintiffs* |

IT IS SO ORDERED.

Dated:  November 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2012108118
20647944.doc

3