UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER,<br><br>             Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, CHRISTINA WONG, In Their Official Capacities as Members of the California Board of Behavioral Sciences, SHARON LEVINE, MICHAEL BISHOP, SILVIA DIEGO, DEV GNANADEV, REGINALD LOW, DENISE PINES, JANET SALOMONSON, GERRIE SCHIPSKE, DAVID SERRANO SEWELL, BARBARA YAROSLAYSKY, In Their Official Capacities as Members of the Medical | NO. CIV. 2:12-2484 WBS KJN<br><br>ORDER |

1  Board of California,
2         Defendants.
3  _____/
4                      ----oo0oo----
5         On November 6, 2012, the court held oral argument on
6  Equality California's motion to intervene at which counsel for
7  plaintiffs, defendants, and Equality California appeared and were
8  heard.  Good cause appearing, Equality California's motion for
9  intervention as a matter of right pursuant to Federal Rule of
10 Civil Procedure 24(a) and, alternatively, permissive intervention
11 under Rule 24(b) is hereby denied without prejudice.  Equality
12 California is hereby granted leave to appear as amicus curiae and
13 file a brief, together with supporting declarations, in
14 opposition to plaintiffs' motion for a preliminary injunction, in
15 accordance the same schedule as defendants, and may be heard at
16 oral argument on plaintiffs' motion for a preliminary injunction.
17        IT IS SO ORDERED.
18 DATED:  November 7, 2012

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE