KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
PAUL STEIN, State Bar No. 184956
ALEXANDRA ROBERT GORDON, State Bar No. 207650
DANIEL POWELL, State Bar No. 230304
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5970
 Fax:  (415) 703-1234
 E-mail:  paul.stein@doj.ca.gov
*Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD WELCH ET AL.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**EDMUND G. BROWN JR., GOVERNOR OF THE STATE OF CALIFORNIA, IN HIS OFFICIAL CAPACITY, ET AL.,**<br><br>  Defendants. | 2:12-cv-02484<br><br>**DECLARATION OF PAUL STEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: Dec. 3, 2012<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: The Honorable William B. Shubb<br>Trial Date: None set<br>Action Filed: Oct. 1, 2012 |

I, PAUL STEIN, declare as follows:

1. I am a deputy attorney general for the State of California and a counsel of record for the defendants in this case. I base this declaration on my personal knowledge and, if called upon, could and would testify as to the accuracy of the facts stated herein.

2. On November 6, 2012, I visited the American Psychological Association's website at http://www.apa.org/pi/lgbt/resources/sexual-orientation.aspx and downloaded a copy of the Report of the American Psychological Association Task Force on Appropriate Therapeutic

1

Responses to Sexual Orientation.  A true and correct copy of the report I downloaded is attached as Exhibit 1 to this declaration.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of an excerpt from *Reparative Therapy of Male Homosexuality* (1997) by Joseph Nicolosi, Ph.D., published by Jason Aronson, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 19, 2012                              /s/ *Paul Stein*

SA2012108118
20651575.doc

2

Stein Decl. ISO Opp. to MPI  (2:12-cv-02484)