Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Michael J. Peffer, State Bar. No. 192265
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: ksnider@pji.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE | Case No.:   2:12-02484 <br><br> **STIPULATION AND REQUEST FOR CONTINUANCE OF FILING JOINT STATUS REPORT AND STATUS CONFERENCE** |

---

STIPULATION & REQUEST FOR CONTINUANCE OF FILING
JOINT STATUS REPORT & STATUS CONFERENCE

1

| | |
|---|---|
| 1 | LONNER, KAREN PINES, ) |
| | CHRISTINA WONG, In Their Official ) |
| 2 | Capacities as Members of the California ) |
| 3 | Board of Behavioral Sciences, ) |
| | SHARON LEVINE, MICHAEL ) |
| 4 | BISHOP, SILVIA DIEGO, DEV ) |
| | GNANADEV, REGINALD LOW, ) |
| 5 | DENISE PINES, JANET ) |
| 6 | SALOMONSON, GERRIE SCHIPSKE, ) |
| | DAVID SERRANO SEWELL, ) |
| 7 | BARBARA YAROSLAYSKY, ) |
| 8 | In Their Official Capacities as Members ) |
| 9 | of the Medical Board of California, ) |
| | ) |
| 10 | Defendants. ) |

Attorneys for the parties, have jointly prepared, and respectfully submit, the STIPULATION AND REQUEST FOR CONTINUANCE OF FILING JOINT STATUS REPORT AND STATUS CONFERENCE.

Attorneys submitting stipulation and request:

Kevin T. Snider, State Bar No. 170988
CHIEF COUNSEL
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: ksnider@pji.org

*Attorney for All Plaintiffs*

---

STIPULATION & REQUEST FOR CONTINUANCE OF FILING
JOINT STATUS REPORT & STATUS CONFERENCE

2

1  Alexandra Robert Gordon (SBN 207650)
2  DEPUTY ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
3  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
4  Telephone:  (415) 703-5740
5  Fax:  (415) 703-1234
   E-mail:  Alexandra.RobertGordon@doj.ca.gov
6
7  *Attorney for All Defendants*

8      By minute order, dated September 30, 2013, this honorable District
9
10 Court ordered counsel for the parties to file a Joint Status Report by October
11 28, 2013, and to appear at a status conference on November 12, 2013.
12 Plaintiffs timely filed petitions for panel rehearing and rehearing en banc in
13
14 *Welch v. Brown*, Ninth Circuit Case Number 13-15023, on September 12,
15 2013.  Accordingly, pursuant to Federal Rule of Appellate Procedure
16 41(d)(1), the mandate is stayed.  Given that the United States Court of
17
18 Appeals for the Ninth Circuit ordered Defendants to file a response to
19 Plaintiffs' petitions on September 26, 2013, it is possible that the mandate
20 will not issue until after the November 12 status conference.  As a result,
21
22 lawyers for the parties request, and stipulate to, a continuance of the filing of
23 the Joint Status Report and the status conference until all matters relating to

the interlocutory appeal are finalized and the case is remanded back to the District Court for further proceedings.

DATED: October 10, 2013

          S/ Kevin T. Snider_____
          Kevin T. Snider
          Attorney for Plaintiffs

          S/ Alexandra Robert Gordon_____
          Alexandra Robert Gordon
          Attorney for Defendants