1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

10

11

12

DONALD WELCH, ANTHONY DUK, )   Case No.:   2:12-02484
AARON BITZER,                              )

13

)   **ORDER CONTINUING FILING OF**
)   **JOINT STATUS REPORT AND**

14

Plaintiffs,          )   **STATUS CONFERENCE**
)

15

v.                                                  )
)

16

EDMUND G. BROWN, JR., Governor )

17

of the State of California, In His Official )

18

Capacity, ANNA M. CABALLERO,      )
Secretary of California State and         )

19

Consumer Services Agency, In Her     )

20

Official Capacity, DENISE BROWN,     )
Director of Consumer Affairs, In Her   )

21

Official Capacity, CHRISTINE             )

22

WIETLISBACH, PATRICIA LOCK-      )
DAWSON, SAMARA ASHLEY,           )

23

HARRY DOUGLAS, JULIA                )

24

JOHNSON, SARITA KOHLI, RENEE    )
LONNER, KAREN PINES,                  )

25

CHRISTINA WONG, In Their Official  )

26

Capacities as Members of the California )

27

28

1  Board of Behavioral Sciences,            )
2  SHARON LEVINE, MICHAEL                    )
   BISHOP, SILVIA DIEGO, DEV                 )
3  GNANADEV, REGINALD LOW,                   )
   DENISE PINES, JANET                       )
4  SALOMONSON, GERRIE SCHIPSKE,              )
   DAVID SERRANO SEWELL,                     )
5  BARBARA  YAROSLAYSKY,                     )
6  In Their Official Capacities as Members   )
   of the Medical Board of California,       )
7                                            )
8          Defendants.                       )
   _____          )
9

10          Based upon the Request and Stipulation filed by attorneys for the

11 parties, and good cause appearing, the filing of the Joint Status Report,

12

13 previously scheduled for October 28, 2013, and the status conference

14 calendared for November 12, 2013, is hereby continued to **February 18,**

15
   **2014 at 2:00 p.m.** , until the mandate issues in *Welch v. Brown,* Ninth
16

17 Circuit case number 13-15023, and all matters relating to the interlocutory

18 appeal are finalized and the case is remanded back to the District Court for

19
   further proceedings.    A Joint Status Report shall be filed no later than
20

21 **February 4, 2014.**

22 October 10, 2013

23

24                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
25

26

27

28      ORDER CONTINUING FILING OF JOINT STATUS REPORT & STATUS CONFERENCE

                                        2