**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, CHRISTINA WONG, In Their Official Capacities as Members of the California Board of Behavioral Sciences, | Case No.:  2:12-cv-02484 WBS<br><br>**ORDER CONTINUING FILING OF JOINT STATUS REPORT AND STATUS CONFERENCE** |

_____

ORDER CONTINUING FILING OF JOINT STATUS REPORT & STATUS CONFERENCE

1

| | |
|---|---|
| SHARON LEVINE, MICHAEL BISHOP, SILVIA DIEGO, DEV GNANADEV, REGINALD LOW, DENISE PINES, JANET SALOMONSON, GERRIE SCHIPSKE, DAVID SERRANO SEWELL, BARBARA YAROSLAYSKY, In Their Official Capacities as Members of the Medical Board of California, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Based upon the Request and Stipulation filed by attorneys for the parties, and good cause appearing, the filing of the Joint Status Report, previously scheduled for February 4, 2014, and the status conference calendared for February 18, 2014, is hereby continued to **April 28, 2014 at 2:00 p.m.** The Parties shall file a Joint Status Report no later than April 14, 2014.

IT IS SO ORDERED.

Dated:  January 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

ORDER CONTINUING FILING OF JOINT STATUS REPORT & STATUS CONFERENCE

2