Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Michael J. Peffer, State Bar. No. 192265
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax  (916) 857-6902
Email: ksnider@pji.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, | Case No.:   2:12-02484 WBS KJN<br><br>**ORDER CONTINUING HEARING FOR MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(c)** |

---

ORDER CONTINUING HEARING FOR MOTION FOR JUDGMENT ON THE PLEADINGS

CHRISTINA WONG, In Their Official )
Capacities as Members of the California )
Board of Behavioral Sciences, )
SHARON LEVINE, MICHAEL )
BISHOP, SILVIA DIEGO, DEV )
GNANADEV, REGINALD LOW, )
DENISE PINES, JANET )
SALOMONSON, GERRIE SCHIPSKE, )
DAVID SERRANO SEWELL, )
BARBARA YAROSLAYSKY, )
In Their Official Capacities as Members )
of the Medical Board of California, )
                                                                    )
            Defendants.                             )

Based upon the Request and Stipulation filed by attorneys for the parties, and good cause appearing, the hearing for Defendants' Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c)), previously scheduled for June 29, 2015, at 2 p.m. is hereby continued until July 27, 2015, at 2 p.m. The Plaintiffs' opposition brief is due July 13, 2015. The Defendants' reply brief is due July 20, 2015

DATED:

**So Ordered:**

**Dated: June 9, 2015**                    _____
                                                            WILLIAM B. SHUBB
                                                            UNITED STATES DISTRICT JUDGE

---

ORDER CONTINUING HEARING FOR MOTION FOR JUDGMENT ON THE PLEADINGS

2