UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DONALD WELCH, ANTHONY DUK, AARON BITZER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, In His Official Capacity, ANNA M. CABALLERO, Secretary of California State and Consumer Services Agency, In Her Official Capacity, DENISE BROWN, Director of Consumer Affairs, In Her Official Capacity, CHRISTINE WIETLISBACH, PATRICIA LOCK-DAWSON, SAMARA ASHLEY, HARRY DOUGLAS, JULIA JOHNSON, SARITA KOHLI, RENEE LONNER, KAREN PINES, CHRISTINA WONG, In Their Official Capacities as Members of the California Board of Behavioral Sciences, SHARON LEVINE, MICHAEL BISHOP, SILVIA DIEGO, DEV GNANADEV, REGINALD LOW, DENISE PINES, JANET SALOMONSON, GERRIE SCHIPSKE, DAVID SERRANO SEWELL, BARBARA YAROSLAYSKY, In Their Official Capacities as | CIV. NO. 2:12-2484 WBS KJN<br><br>ORDER RE: MOTION FOR JUDGMENT ON THE PLEADINGS |

1

| | |
|---|---|
| 1 | Members of the  Medical Board of California, |
| 2 | |
| 3 | Defendants. |

----oo0oo----

Defendants move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on the ground that plaintiffs' Complaint fails to state a claim as a matter of law.[1] Plaintiffs appear to recognize that the Ninth Circuit's decision in Pickup v. Brown, 740 F.3d 1208 (9th Cir. 2014), forecloses plaintiffs' challenges to SB 1172 based on free speech rights under the First Amendment and substantive due process protections. For the reasons the court previously concluded that plaintiffs were unlikely to prevail on their remaining challenges under the Free Exercise and Establishment Clauses and privacy rights of third parties, the court now finds that those claims fail as a matter of law. See Welch v. Brown, 58 F. Supp. 3d 1079, 1084-91 (E.D. Cal. 2014).

IT IS THEREFORE ORDERED that defendants' motion for judgment on the pleadings be, and the same hereby is, GRANTED. The clerk is instructed to enter judgment in favor of defendants on all claims and close the case.

Dated:  July 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument is unnecessary, the hearing on July 27, 2015 is vacated and the motion is taken under submission pursuant to Local Rule 230(g).

2